**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                        NO. 4:15CR00145-01 JLH

HECTOR RENE SANCHEZ                                                              DEFENDANT

**ORDER**

Defendant Hector Rene Sanchez was previously designated to the FCI Butner Medium I in Butner, North Carolina, for his psychological evaluation. The Court has received the attached correspondence from the Warden of the facility requesting that the evaluation period be considered to have started on the date of the defendant's arrival at the facility, and further requesting an extension of time in which to conduct the mental evaluation. The request is granted. The defendant's mental evaluation must be completed no later than October 15, 2016, with the report being sent to the Court and counsel promptly thereafter. The excess time shall be excludable under the provisions of the Speedy Trial Act.

IT IS SO ORDERED this 16th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

August 5, 2016

The Honorable J. Leon Holmes
United States District Court
Eastern District of Arkansas – Western Division
500 West Capitol
Room D469
Little Rock, AR 72201

RE: SANCHEZ, Hector Rene
    REGISTER NUMBER: 29129-009
    DOCKET NUMBER: 4:15cr00145-JLH-1

Dear Judge Holmes:

The above-referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on August 2, 2016, pursuant to the provisions of Title 18, United States Code, Sections 4241(a), 4242 (a) and 4247 (b) (c). Currently, the evaluator is conducting interviews and psychological testing with Mr. Sanchez, which are necessary to complete his evaluation. In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for thirty days. If this request is granted, the evaluation period will end on October 15, 2016. Staff will complete the evaluation as soon as possible after that date and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please complete the bottom section of this request and return by fax machine to Tracy Taylor, Health Systems Specialist, at (919) 575-2015, and to Antonia Loyd, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-4541.

Respectfully,

Thomas B. Smith
Warden

[ ]     The above requested extension of time is hereby granted

[ ]     The above requested extension of time is not hereby granted

Signature: _____      DATE: _____
    U.S. District Judge J. Leon Holmes